UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

**UNITED STATES OF AMERICA**

v.            606CR026

**ANDREA FRANKLIN**

## ORDER

Defendant Andrea Franklin's motion for a judgment of acquittal, a new trial, and for bond (doc. # 647) is ***DENIED***.

This 15 day of October, 2007.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 OCT 15 AM 9:31

CLERK____
SO. DIST. OF GA.