IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| v. | * | CR 606-026-32 |
| | * | |
| ANDREA FRANKLIN | * | |
| | * | |

## ORDER

Presently before the Court is Franklin's request for early termination of supervised release. (Doc. no. 1636.) After careful consideration, the Court concludes that, although Franklin has performed well on supervised release, the sentence imposed remains appropriate. Therefore, Franklin's request is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of June, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA