IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 606-026-32 |
| | * | |
| ANDREA FRANKLIN | * | |

O R D E R

Before the Court in the captioned case is Defendant Andrea Franklin's second request to terminate her term of supervised release.[1] On October 3, 2007, Franklin was found guilty by a jury of conspiracy to possess with intent to distribute and to distribute 50 grams or more of cocaine base and 5 kilograms or more of cocaine hydrochloride, in violation of 21 U.S.C. § 846. On January 22, 2008, Franklin was sentenced to 120 months imprisonment and five years of supervised release.

Franklin was released from the Bureau of Prisons in May 2013; she is presently serving her term of supervised release under the supervision of the United States Probation Office in the Eastern District of Virginia. Franklin has completed nearly four years with only minor instances of noncompliance.

---

[1] The Court denied Franklin's earlier application on June 28, 2016. (Doc. 1640.)

Franklin has maintained employment and has graduated from a Practical Nursing Program. Franklin resides with her mother. The Government has filed no opposition or response, and Franklin's supervising probation officer does not object to the early termination of her supervised release.

Upon due consideration, **IT IS ORDERED** that Franklin's motion (doc. 1675) is **GRANTED,** and Andrea Franklin is discharged from her term of supervised release upon entry of this Order. The Clerk is directed to send a copy of this Order to Mr. Laszlo V. Mako, United States Probation Office, 600 Granby Street, Room 2021, Norfolk, VA 23510-1915.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of April, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
~~SOUTH~~ERN DISTRICT OF GEORGIA